UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MICHAEL PEPE,

                    Plaintiff,

-against-

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]

                    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/6/2021_____

20 Civ. 2717 (AT) (JLC)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 27, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's cross-motion for judgment on the pleadings is DENIED, and this matter is REMANDED for further proceedings to the ALJ under sentence four of 42 U.S.C. § 405(g).

      The Clerk of Court is directed to (1) terminate the motions at ECF Nos. 19 and 23; (2) close the case; and (3) mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated: August 6, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi, the current Acting Commissioner of the Social Security Administration, is substituted for former Commissioner Andrew Saul as the Defendant in this action.