# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
PAUL MICHAEL PEPE,

                    Plaintiff,                    20 **CIVIL** 2717 (AT) (JLC)

       -against-                    **JUDGMENT**

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2021, having received no objections to the Report & Recommendation (the "R&R"), ECF No. 27, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's cross-motion for judgment on the pleadings is DENIED, and this matter is REMANDED for further proceedings to the ALJ under sentence four of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:**  New York, New York
           August 6, 2021

                                                   **RUBY J. KRAJICK**

                                                        Clerk of Court
                                      **BY:**
                                                         Deputy Clerk